IN THE DISTRICT COURT OF THE UNITED STATES FOR THE 

 MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION 

DANIEL ERIC COBBLE, ) 
 ) 
 Plaintiff, ) 
 ) CIVIL ACTION NO. 
 v. ) 2:19cv416-MHT 
 ) (WO) 
U.S. ATTORNEY GENERAL, ) 
CURRENT AND FUTURE, ) 
 ) 
 Defendant. ) 

 ORDER 
 This cause is now before the court on plaintiff's 
motion for leave to proceed on appeal in forma pauperis 
(doc. no. 11). 
 28 U.S.C. § 1915(a) provides that, "An appeal may 
not be taken in forma pauperis if the trial court 
certifies in writing that it is not taken in good 
faith." In making this determination as to good faith, 
a court must use an objective standard, such as whether 
the appeal is "frivolous," Coppedge v. United States, 
369 U.S. 438, 445 (1962), or "has no substantive 
merit." United States v. Bottoson, 644 F.2d 1174, 1176 
(5th Cir. Unit B May 15, 1981) (per curiam); see also 
Rudolph v. Allen, 666 F.2d 519, 520 (11th Cir. 1982) 
(per curiam); Morris v. Ross, 663 F.2d 1032 (11th Cir. 

1981). Applying this standard, this court is of the 
opinion, for the reasons stated in the recommendation 
of the United States Magistrate Judge (doc. no. 3) and 
the court’s opinion (doc. no. 7), that the plaintiff's 

appeal is without a legal or factual basis and, 
accordingly, is frivolous and not taken in good faith. 
See, e.g., Rudolph v. Allen, supra; Brown v. Pena, 441 
F. Supp. 1382 (S.D. Fla. 1977), aff'd without opinion, 

589 F.2d 1113 (5th Cir. 1979). 
 *** 
 Accordingly, it is ORDERED that the plaintiff's 

motion to proceed on appeal in forma pauperis is 
denied; and that the appeal in this cause is certified, 
pursuant to 28 U.S.C. § 1915(a), as not taken in good 
faith. 

 DONE, this the 12th day of August, 2019. 

 /s/ Myron H. Thompson 
 UNITED STATES DISTRICT JUDGE